JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANCE MANCUSO, et al., | ) | Case No. CV 12-10360 FMO (JCx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| MATT TAUBER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiffs, class members, and collective action members (collectively, "plaintiffs"), and against defendant Route 17 Entertainment, LLC ("defendant"). Defendant shall pay: **$118,381.36** to plaintiffs, class members, and collective action members; and **$31,500.00** to the California Labor Workforce and Development Agency.

2. Plaintiffs' counsel, Harris & Ruble, is awarded attorney's fees **$67,619.50**, and costs in the amount of **$1,361.87** from defendant.

3. Class Representatives Lance Mancuso and Heather Casterlin are each awarded an incentive award of **$2,500.00**, to be paid by defendant.

4. To the extent class counsel is able to collect on the judgment, distribution of the collected funds shall be performed in accordance with the Notice of Class Action Lawsuit and

Notice of Federal Fair Labor Standards Act Collective Action approved by this Court on October 22, 2015 [Doc. 88].

    5. Plaintiffs' counsel shall serve Route 17 with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 31st day of May, 2016.

                                                                       /s/
                                                Fernando M. Olguin
                                            United States District Judge